JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG BAE HONG,<br><br>    Petitioner,<br><br>v.<br><br>KELLY SANTORO,<br><br>    Respondent. | CASE NO. 8:16-cv-00904-AG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 31, 2018

HON. ANDREW J. GUILFORD
U.S. DISTRICT JUDGE